IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

S.M.,

        Plaintiffs,

   vs.

UNITED STATES OF AMERICA, et al.,

        Defendants.

_____/

No. 2:16-cv-0396-CMK

ORDER

       Plaintiff, proceeding with counsel, brings this civil rights action. Pursuant to the written consent of all parties, this case is before the undersigned as the presiding judge for all purposes, including entry of final judgment. See 28 U.S.C. § 636(c).

       Upon consent and reassignment of this case, all dates previously set were vacated. As such, a new schedule needs to be set in this action.  Accordingly, a status/scheduling conference is hereby set before the undersigned on October 19, 2016, at 10:00 a.m., in Redding, California.  A joint status report was filed in June 2016, as directed by the District Court.  If the parties determine an updated status report is necessary, an updated joint status report is to be filed at least seven (7) days prior to the conference. The parties may appear telephonically for the status/scheduling conference.

Accordingly, IT IS HEREBY ORDERED that:

1. A Status/Scheduling Conference is set for October 19, 2016, at 10:00 a.m., before the undersigned in Redding, California;

2. The parties shall submit an updated Joint Status Report pursuant to Local Rule 240, at least seven (7) days prior to the Status Conference if necessary; and

3. Counsel are informed that telephonic appearances through Court Call are acceptable for the conference.

DATED: September 15, 2016

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE