1  PHILLIP A. TALBERT
   United States Attorney
2  LYNN TRINKA ERNCE
   Assistant United States Attorney
3  501 I Street Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2720
   Facsimile:  (916) 554-2900

6  Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S. M., a minor by and through his guardian ad litem, TIMOTHY MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; CHRISTOPHER LOUISELL, M.D.; MORGAN GAURA, P.A.; MERCY MEDICAL CENTER REDDING DBA DIGNITY HEALTH; and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No.  2:16-cv-00396 CMK<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; ORDER**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties to this action, by and through their respective counsel, stipulate that this entire action shall be dismissed with prejudice with each party to bear his, her, or its own fees and costs.

DATED: February 2, 2017   PHILLIP A. TALBERT
United States Attorney

By: /s/ Lynn Trinka Ernce
LYNN TRINKA ERNCE
Assistant United States Attorney

DATED: February 2, 2017   LAW OFFICE OF STEVEN H. SCHULTZ

By: /s/ Steven H. Schultz (authorized on 02/02/17)
STEVEN H. SCHULTZ
Attorney for Plaintiff

DATED: February 2, 2017   KENNY, SNOWDEN & NORINE

By: /s/ Kelly J. Snowden (authorized on 02/01/17)
KELLY J. SNOWDEN
LINDA R. SCHAAP
Attorneys for Defendant
Dignity Health, dba Mercy Medical Center Redding

DATED: February 2, 2017   WASHINGTON & HEITHECKER

By: /s/ George E. Washington (authorized on 02/02/17)
GEORGE E. WASHINGTON
PHILIP H. HEITHECKER
PETER G. WASHINGTON
Attorneys for Defendants
Christopher Louisell, M.D. and Morgan Gaura, P.A.

**ORDER**

**IT IS SO ORDERED.**

**Dated: February 3, 2017**

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE